UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ROBERT CEASAR (#388150)                  CIVIL ACTION NO.

VERSUS                                                   17-1691-SDD-EWD

LA DEPT. OF PUBLIC SAFETY
AND CORRECTIONS, ET AL.

## ORDER

Before the Court is a "Reurgence of Motion for Judgment by Default; and Objection to Motion to Dismiss by Defendants" ("Motion") filed by Plaintiff.[1] Pursuant to Federal Rule of Civil Procedure 55(b)(2), following a defendant's default and the Clerk's entry of default, this Court may enter a default judgment.[2] Accordingly, only *after* a defendant's default has been entered may a plaintiff apply for a judgment based on such default, *i.e.*, default judgment.[3] Here, Plaintiff requests default judgment before any default has been entered or requested.[4] Thus, the request is procedurally improper and default judgment is denied.

Also included in this Motion is an objection to the motion to dismiss, which this Court construes as an opposition to the Motion to Dismiss in that Plaintiff provides arguments opposing the Motion to Dismiss[5] and requests that the Motion to Dismiss be "overruled."[6] Plaintiff's opposition will be considered along with the Motion to Dismiss and requires no further action at this time.

---

[1] R. Doc. 42.
[2] *See N.Y. Life Ins. Co. v. Brown,* 84 F.3d 137, 141 (5th Cir. 1996).
[3] *Id.*
[4] Approximately five months after filing the instant Motion, Plaintiff filed a "Declaration for Entry of Default" (*see* R. Doc. 53), which was denied by the Clerk of Court as the Defendants had filed responsive pleadings. (*See* R. Doc. 54).
[5] R. Doc. 42.
[6] R. Doc. 42, p. 14.

**IT IS ORDERED** that Plaintiff's "Reurgence of Motion for Judgment by Default; and Objection to Motion to Dismiss by Defendants"[7] is **DENIED**, except that Plaintiff's arguments in opposition to the Motion to Dismiss will be considered.

Signed in Baton Rouge, Louisiana, on July 26, 2019.

**ERIN WILDER-DOOMES**
**UNITED STATES MAGISTRATE JUDGE**

---

[7] R. Doc. 42.