# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

ROBERT CEASAR (#388150)

VERSUS

LOUISIANA DEPARTMENT OF CORRECTIONS, ET AL.

CIVIL ACTION

17-1691-SDD-EWD

## AMENDED RULING

The Court has carefully considered the *Motions*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Erin Wilder-Doomes dated July 26, 2019, to which an objection[3] was filed and also reviewed.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the *Motion to Dismiss*[4] filed on behalf of the Louisiana Department of Public Safety and Corrections, James LeBlanc, Robert Rowe, Jeremy McKey, and Ricky Sharkey is hereby GRANTED IN PART AND DENIED IN PART dismissing all of Plaintiff's claims against the Department of Public Safety and Corrections, James LeBlanc, Jeremy McKey, Ricky Sharkey, and the Louisiana Chaplains [sic] Department WITH PREJUDICE.

**IT IS FURTHER ORDERED** that the *Motion to Dismiss*[5] filed on behalf of Willie Rosso is hereby GRANTED and all claims against Willie Rosso are hereby DISMISSED WITH PREJUDICE.

---

[1] Rec. Docs. 41 and 56.
[2] Rec. Doc. 68.
[3] Rec. Doc. 75.
[4] Rec. Doc. 41.
[5] Rec. Doc. 56.

**FURTHER**, Plaintiff's claims for injunctive relief against Robert Rowe and Gabriel Hebert in their official capacities are hereby DISMISSED WITH PREJUDICE and Plaintiff's claims for monetary damages, with the exception of those arising under RLUIPA, against Robert Rowe and Gabriel Hebert, in their individual capacities remain.

**ADDITIONALLY**, Plaintiff's claims arising under RLUIPA are hereby DISMISSED WITH PREJUDICE as to all Defendants, including *sua sponte* dismissal as to those who are not Movants in these Motions.

**ADDITIONALLY**, Plaintiff's claims regarding the handling of disciplinary appeals are hereby DISMISSED WITH PREJUDICE and this Court declines to exercise supplemental jurisdiction over any of Plaintiff's potential state law claims.

**FINALLY, IT IS FURTHER ORDERED** that this matter be referred back to the magistrate judge for further proceedings on the remaining claims: Plaintiff's claims arising under the First and Fourteenth Amendments for retaliation and violations of equal protection against Robert Rowe and Gabriel Hebert, each in their individual capacities.

Baton Rouge, Louisiana the 16 day of August, 2019.

_____
**SHELLY D. DICK, CHIEF DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA**