# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

ROBERT CEASAR

VERSUS

LOUISIANA DEPARTMENT
OF CORRECTIONS, ET AL.

CIVIL ACTION

17-1691-SDD-EWD

## RULING

The Court has carefully considered the *Complaint*[1] filed by Plaintiff, the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Erin Wilder-Doomes, dated October 21, 2019, to which an objection[3] was filed and also reviewed.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the Plaintiff's remaining claims are hereby DISMISSED WITHOUT PREJUDICE pursuant to 42 U.S.C. § 1997e(a) and 28 U.S.C. §§ 1915(e) and 1915A.

**IT IS FURTHER ORDERED** that all remaining pending Motions are hereby DENIED AS MOOT.

Signed in Baton Rouge, Louisiana on November 13, 2019.

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 111.
[3] Rec. Doc. 115.